United States District Court
Southern District of Texas
**ENTERED**
September 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:25-CR-00334 |
| § | |
| ENRIQUE PENA, JR. § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on June 2, 2025. A petition for action on pretrial release was filed on September 4, 2025 with the Court alleging that Defendant violated conditions:

> 1. (7)(m) Not use or unlawfully possess a narcotic drug or other controlled substances defined 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; and
> 2. (7)(o) Participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

(D.E. 29). At the hearing today, Defendant stood silent on the allegations. The government offered government's exhibit 1 (lab report confirmation and admission statements by Defendant) and proffered the testimony of U.S. Pretrial Officer Elizabeth Donez-Delgado without objection. Defendant offered no evidence. After the Court heard arguments, the Court found that the allegations in the petition are true. The Court **ORDERS** the revocation of Defendant's release.

The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe that Defendant has committed another Federal, State, or local crime while on release;

(2) There is clear and convincing evidence that the Defendant has violated the conditions of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on September 26, 2025.

_____
Julie K. Hampton
United States Magistrate Judge